UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

JAMES HENRY STARLING,

    Petitioner,

Case No. 2:18-cv-153

v.

Honorable Paul L. Maloney

CATHERINE BAUMAN,

    Respondent.

_____/

# **ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: September 28, 2018

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge