UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

JAMES HENRY STARLING,

        Petitioner,

v.

CATHERINE BAUMAN,

        Respondent.

_____/

Case No. 2:18-cv-153

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated:  September 28, 2018        /s/ Paul L. Maloney
                                                                  Paul L. Maloney
                                                                  United States District Judge